**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10
11   GREGORY A AUSTIN,                          No. C-15-00528 DMR
12              Plaintiff,                      **SUA SPONTE JUDICIAL REFERRAL**
                                                **FOR PURPOSES OF DETERMINING**
13        v.                                    **RELATIONSHIP OF CASES**
14   STATE OF CALIFORNIA,
15              Defendant.
16   _____/
17           On February 3, 2015, Plaintiff Gregory A. Austin filed this *pro se* action.  Pursuant to Civil
18   Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Elizabeth D. Laporte to
19   determine whether it is related to Austin v. State of California, 15-cv-00504 EDL..
20           IT IS SO ORDERED.
21
22   Dated:  February 6, 2015
23
24   _____
     DONNA M. RYU
25   United States Magistrate Judge
26
27
28

